UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARDO CUSHENBERRY, #297345** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1800** |
| **DARRYL VANNOY, WARDEN** | **SECTION M (5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation ("R&R"),[1] and the petitioner's objections to the R&R,[2] hereby overrules the petitioner's objections, approves the R&R, and adopts the R&R as its opinion in this matter. The R&R is well-reasoned, thorough, and supported by the record and applicable law. In making his objections, Cushenberry does not offer any evidence that the trial transcripts were altered or incomplete, that there was a *Brady* violation with respect to the photograph of the door or the incident report, or that he received ineffective assistance of counsel at any stage of the state-court proceedings (including the strategic choices made concerning investigation, calling witnesses, and the defense theory), much less demonstrate that the magistrate judge's findings and conclusions concerning these matters were clearly erroneous or contrary to law. Therefore,

**IT IS ORDERED** that Leonardo Cushenberry's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 28th day of February, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 24
[2] R. Doc. 27.